**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1298**

———————

KEITH SEWARD,

                Plaintiff - Appellant,

      v.

DR. JAMES RIDDLE; CHAIRMAN MICHAEL BARKER, Academy Awards;
PRESIDENT KEN HOWARD, Screen Actor's Guild,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (3:12-cv-03103-CMC)

———————

Submitted:  May 29, 2014            Decided:  June 2, 2014

———————

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Keith Seward, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Seward seeks to appeal the district court's order dismissing his civil complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that the complaint be dismissed without prejudice. Seward was notified that failure to file timely and specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845–46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Seward has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we deny Seward's motion for appointment of counsel and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2